1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANTHONY LASHAWN POPE,

         Petitioner,

  v.

D.K. SISTO,

         Respondent(s).
                            /

No. C 07-00434 CRB (PR)

ORDER

      Good cause appearing, petitioner's request for an extension of time to file an amended petition is GRANTED.  Petitioner shall file an amended petition by no later than August 1, 2007.

      No further extensions of time will be granted.

      The clerk shall terminate the motion in docket number 7.

SO ORDERED.

DATED:  June 20, 2007

                           CHARLES  R. BREYER
                           United States District Judge

G:\PRO-SE\CRB\HC.07\Pope1.ext.wpd