IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY LASHAWN POPE,            )<br>                                                         )<br>           Petitioner,                           ) | No. C 07-0434 CRB (PR) |
|                                                         )<br>     vs.                                            ) | ORDER |
|                                                         )<br>D. K. SISTO, Warden,                      )<br>                                                         )<br>           Respondent.                         )<br>_____) | |

Petitioner's "traverse" to respondent's motion to dismiss the petition for a writ of habeas corpus as untimely will be construed as an opposition to the motion to dismiss. Respondent accordingly is requested to file a reply to the opposition by no later than April 11, 2008.

SO ORDERED.

Dated: March 26, 2008

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\HC.07\Pope1.or2.wpd