IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANTHONY LASHAWN POPE, )
)
    Petitioner, )    No. C 07-0434 CRB (PR)
)
vs. )    ORDER
)
D. K. SISTO, Warden, )
)
    Respondent. )
_____ )

    Petitioner's "traverse" to respondent's motion to dismiss the petition for a writ of habeas corpus as untimely will be construed as an opposition to the motion to dismiss. Respondent accordingly is requested to file a reply to the opposition by no later than April 11, 2008.

SO ORDERED.

Dated: March 26, 2008

    CHARLES R. BREYER
    United States District Judge

G:\PRO-SE\CRB\HC.07\Pope1.or2.wpd